# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

COVENANT GENERAL
CONTRACTORS, INC.

NO.  2020 CW 0466

VERSUS

S.J. LOUIS CONSTRUCTION OF
TEXAS, LTD. AND CITY OF
BATON ROUGE, EAST BATON
ROUGE PARISH AND LIBERTY
MUTUAL INSURANCE COMPANY

**SEPTEMBER 03, 2020**

In Re:    Liberty Mutual Insurance Company and S.J. Louis Construction of Texas, LTD., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 682787.

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT NOT CONSIDERED.**  This writ application fails to comply with Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6) and (10). Defendants, S.J. Louis Construction of Texas, Ltd. and Liberty Mutual Insurance Company, failed to file a copy of the signed judgment or ruling complained of.  In addition, this court requests the pertinent transcript in order to ascertain what was introduced into evidence at the March 09, 2020 hearing.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 & 2-18.7.

In the event defendants seek to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before **October 05, 2020**, and must contain a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT